UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA VALENTINE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C18-955 JCC

ORDER FOR STAY IN PROCEEDINGS

Based upon the Stipulation of the parties, the proceedings in this case are stayed until March 13, 2019

DATED this 22nd day of February, 2019.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER FOR STAY IN PROCEEDINGS - 1